FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN WHITE, M.D.,<br><br>    Petitioner,<br><br>    v.<br><br>XAVIER BECERRA, Secretary for the United States Department of Health and Human Services,<br><br>    Respondent.<br>_____<br>STEPHEN WHITE, M.D.,<br><br>    Plaintiff Petitioner,<br><br>    v.<br><br>XAVIER BECERRA, Secretary for the United States Department of Health and Human Services,<br><br>    Defendant Respondent | No. 2:19-CV-00037-SAB<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE**<br><br><br><br>No. 2:23-CV-00363-SAB |

Before the Court is the parties' Stipulated Motion to Consolidate Actions, ECF No. 34. The motion was heard without oral argument. Petitioner is represented by Andrew Chase and Kenneth Miller. Respondent is represented by

**ORDER GRANTING MOTION TO CONSOLIDATE ~ 1**

Timothy Durkin.

This case had been previously stayed to allow a collateral proceeding to be resolved. An appeal of that collateral proceeding has been filed in this Court. The parties ask to consolidate the two matters because they share common questions of law and of fact that are central to the two cases. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Consolidate Actions, ECF No. 34, is **GRANTED**.

2. The above-captioned cases, No. 2:19-CV-00037-SAB and No. 2:23-CV-00363-SAB, are consolidated.

3. All future pleadings shall be filed under Case No. 2:19-CV-00037-SAB, unless the Court directs otherwise. Case No. 2:23-CV-00363-SAB shall be administratively closed.

4. **Within 10 days** from the date of this Order, the parties shall file a status certificate setting forth any agreed briefing schedule and proposed trial date.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, and forward copies to counsel.

**DATED** this 27th day of December 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO CONSOLIDATE ~ 2**